```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**ADRIAN LATHAM**                                                    **PLAINTIFF**

        **v.**          **Civil No. 09-5243**

**SGT. FRY, Benton County**
**Detention Center; and**
**CAPTAIN HOLLY, Benton**
**County Detention Center**                                          **DEFENDANTS**

### O R D E R

Now on this 4th day of May, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #8), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**